# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00753-CV

**K. E. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH DISTRICT
### NO. C2010-0893C, HONORABLE CHARLES A. STEPHENS, II, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant filed a notice of appeal on November 13, 2014. She states that she is appealing an order dated November 4, 2014. On that date, an associate judge signed a "final order modifying prior order and decree in suit affecting the parent-child relationship." In addition to that order, the clerk's record includes appellant's request for a de novo hearing that was filed on November 5, 2014, and an order dated November 24, 2014, signed by the district judge. *See* Tex. Fam. Code § 201.016 (addressing appellate review); *see also* Tex. Civ. Prac. & Rem. Code § 51.104 (appeals of interlocutory orders); *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001) (interlocutory orders appealable only if permitted by statute).

On December 5, 2014, the Clerk of this Court requested a response from appellant by December 15, 2014. The Clerk requested that appellant amend her notice of appeal to correct any defect or omission, *see* Tex. R. App. P. 25.1(g), or file a response explaining the basis on which this

Court may exercise jurisdiction over this appeal. On January 6, 2015, the Clerk of this Court advised appellant that her response to this Court's December 5, 2014, letter was overdue, and requested a response by January 16, 2015. *See* Tex. R. App. P. 42.3(a).

This Court received a letter in the mail from appellant's counsel dated January 7, 2015. The letter included an amended notice of appeal. On January 12, 2015, the Clerk of this Court returned the letter to appellant's counsel and requested that the returned letter be electronically filed on or before January 16, 2015. *See* Tex. R. App. P. 9.2(c) (requiring attorneys in civil cases to file documents electronically). The amended notice of appeal also did not include proof of service. *See* Tex. R. App. P. 9.5. Counsel is ordered to file the amended notice of appeal in accordance with the Texas Rules of Appellate Procedure on or before February 23, 2015. The failure to do so will result in dismissal of this case for want of jurisdiction.

It is so ordered February 13, 2015.

Before Chief Justice Rose, Justices Goodwin and Field